# EXHIBIT 1

SPS

**COMMONWEALTH OF VIRGINIA**
**CIRCUIT COURT OF FAIRFAX COUNTY**
**4110 CHAIN BRIDGE ROAD**
**FAIRFAX, VIRGINIA 22030**
**703-691-7320**
**(Press 3, Press 1)**

Satyajit Sanyal  vs.  Toyota Motor Corporation                    CL-2014-0008174
                                                     Defendant: Toyota Motor Corporation

TO:    Toyota Motor Corporation
       19001 South Western Avenue
       Torrance CA 90501

### SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified
that unless within 21 days after such service, response is made by filing in the Clerk's office
of this Court a pleading in writing, in proper legal form, the allegations and charges may be
taken as admitted and the court may enter an order, judgment or decree against such party
either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on June 23, 2014.

                    JOHN T. FREY, CLERK
                    By: _Diane L Martin_
                              Deputy Clerk

Plaintiff's Attorney:  Pro Se

VIRGINIA:

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

SATYAJIT SANYAL, Pro Se      |

     |

        **Plaintiff**      |

Vs.      |   CL - **2014  08174**

     |   JURY TRIAL REQUESTED

TOYOTA MOTOR CORPORATION      |

19001 South Western Avenue,      |

Torrance, California – 90501      |

     |

        **Defendant**      |



## <u>Complaint</u>

COMES NOW the Plaintiff, SATYAJIT SANYAL, by Pro Se, and moves for judgment against the Defendant, TOYOTA MOTOR CORPORATION, on the grounds and in the amount as hereinafter set forth:

1. The Plaintiff, adult, resident of Virginia, purchased New TOYOTA CAMRY (Model year 2011; VIN Number 4T1BF3EK9BU658720) equipped with Airbags, on November 19th, 2010 from authorized Toyota Dealer located in Virginia.

2. On July 10th, 2012, at approximately 10:20 AM, the Plaintiff was driving to work, in the above-mentioned TOYOTA CAMRY (Virginia Vehicle Plate Number: XGK 4066) Northeast on Herndon Parkway in Herndon, Fairfax County, Virginia, during which the Toyota Camry crashed head-on with fixed object (a tree) and the Plaintiff faced life-threatening and permanent physical and personal injuries in this incident due to not deploying of any of the driver side airbags despite the significant damaging impact and strong forces involved in the front end vehicle collision with a fixed object causing substantial damages to the vehicle.

3. The following were reported on July 10th, 2012 in the Police Crash report number 201202821, documented by the investigating Police Officer:

   a. The Toyota Camry was being driven by the Plaintiff.

   b. The Toyota Camry, single vehicle ran off the road eastbound on the right, travelled on the sidewalk for a short distance before veering to the left, crossing the westbound traffic lanes and struck a tree off the roadway.

   c. There was significant Front End damage to the vehicle.

   d. Airbags were not deployed in this head-on collision with fixed object, in this case a tree.

   e. The motor had stalled out, the doors of the vehicle were locked.

   f. The Plaintiff appeared to have lost consciousness.

   g. Police Officers utilized a haligan bar to provide emergency, potentially Life-Saving entry into the vehicle to not only access the Plaintiff, but provide airflow into the vehicle on a near 90 degree day.

   h. Once access was gained and fresh air entered the vehicle, the Plaintiff gained a low degree of consciousness but was unable to speak.

   i. Rescue Personnel arrived on scene, screened the Plaintiff for a diabetic emergency with negative results but did note significantly diminished response from the left side of his body

   j. The Plaintiff was transported by Medic Ambulance to Reston Hospital

4. After the vehicle crash, the Plaintiff was admitted to the Critical Care Unit of Reston Hospital on July 10th, 2012 till July 12th, 2012.

5. The Plaintiff would like to bring to attention recent acknowledged reports from Toyota announcing airbags issues across various models of Toyota cars including Camry. The contents of the reports especially surrounding the airbags issues may be noteworthy as a contributing probable cause for the life-threatening physical and personal injuries suffered by the plaintiff due to failure of deployment of airbags in the vehicle crash incident of July 10th, 2012.

6. The post-crash photographs of the Plaintiff's vehicle Toyota Camry, clearly displays the reported significant Front End damage on the Driver side of the vehicle and in-line with the steering wheel of the car.

7. The substantial Circumstantial Evidences documented in the Police Crash Report and post-crash Photographs of the vehicle Toyota Camry, demonstrates significant Probable cause that due to the failure in deployment of any of the driver side Airbags in response to the damaging impact and strong forces caused upon crashing of the Toyota Camry with the tree, caused the Plaintiff's head and face to crash into the Steering wheel of the car, causing Facial and Scalp Contusions, aggravating post traumatic Seizure activity, loss of consciousness and an life-threatening traumatic incident.

8. As a direct and proximate result thereof, Plaintiff suffered serious and permanent head injuries aggravating Seizure activities and is dependent on expensive prescription medications, has to undergo expensive diagnostic testing such as EEG and CT Scans, preventative care and medical treatment for life-time or till cured.

9. The Plaintiff is an Information Technology Professional, a profession of knowledge, thinking and continuous learning for attaining new skills and updates, all of which imposes substantial challenges and demands on the brain and body to perform day-to-day work and retaining information and the job in a highly competitive, challenging, ever changing and evolving profession. An Information Technology professional is generally expected to have an overall healthy brain and body that can perform quickly, can handle time-sensitive, fast-paced and demanding situations at work.

10. In February 2014, upon medical tests, CT Scans and further diagnosis, significant increases in the prevailing dosage of Plaintiff's prescription medications were recommended by the Doctor.

11. The physical injuries suffered by the Plaintiff during the vehicle crash incident, intake of prescribed medications for treating the injuries, aggravated conditions and side effects caused by the injuries and medications, are substantially deteriorating Plaintiff's ability to place challenging demands on his brain and body. As a proximate result, the Plaintiff is compelled to lookout for jobs that are less demanding on his

brain and body. These types of jobs do not pay wages equivalent to Plaintiff's wages earned at the time of the incident in 2012.

12. As a proximate result of the Plaintiff's Physical and Personal Injuries caused during this vehicle crash incident, to stay in active work-life, the Plaintiff has to work at reduced wages, thus reducing his earning capacity as well. As a proximate result thereof, the Plaintiff is unable to meet his financial obligations for paying existing debt, pay for ever increasing cost of living expenses, home mortgage, monthly home association fees, car loan, utilities bills, other personal expenses, past, present or future bills for hospital, doctors, related health care and life care in an effort to lead a normal healthy lifestyle and be cured of the aforementioned physical and personal injuries caused by this life-threatening vehicle crash incident.

13. Medical expenses of over $25,000 were claimed towards hospitalization in the Critical Care Unit from July 10th, 2012 till July 12th, 2012. Noteworthy would be the medical expenses for a 3 day treatment.

14. Vehicle damage repair expenses of over $11,000 were claimed and paid by Plaintiff's Car insurance provider towards repair of the Toyota Camry after the vehicle crash incident of July 10th, 2012. An expense of $11,000 for repairing a Toyota Camry, model year 2011 involved in a crash incident is a noteworthy indication of the substantial degree of damages the vehicle incurred.

15. Expenses of over $11,000 were claimed towards recent diagnostic testing including CT Scans and medical care fees for a single hospital visit in February 2014. This would be a noteworthy indicator of average expenses for diagnostic testing and related medical care for maintaining the Plaintiff's health.

16. As per the average expectancy tables published by U.S. Department of Labor, Bureau of Labor Statistics , the Plaintiff has over 18 active work-life years remaining and over 31 years of life expectancy remaining as of the time of filing of this complaint.

17. The Plaintiff's complaints in aforesaid statements are the proximate causes or proximate contributing causes for his Physical and Personal injuries and financial distress caused by the vehicle crash incident.

18. Plaintiff has suffered both pecuniary and non-pecuniary losses and damages including:

    a. Medical, diagnostic testing and related expenses past, present and future.

    b. Permanent loss of wage earning capacity equivalent to time of incident in 2012.

    c. Physical pain and emotional suffering, past, present and future.

    d. Permanent damage to health and the resulting anguish, hardship and expenses.

    e. Life care expenses.

    f. Other damages as allowed.

19. The Defendant, TOYOTA MOTOR CORPORATION is a global corporation, along with groups of subsidiaries, affiliates and dealerships in United States and globally, is engaged in design, manufacturing, assembling, marketing, sales and distribution of Motor vehicles, including but not limited to Toyota Camry Model year 2011.

20. The Plaintiff's physical and personal injuries, pain, suffering, damage to health, loss of life's many enjoyments, emotional distress caused due to the failure of airbags to deploy during a life-threatening vehicle crash incident of July 10th, 2012 are irrevocable.

WHEREFORE, Plaintiff demands judgment against the Defendant TOYOTA MOTOR CORPORATION in the sum of FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00) towards Personal Injury, aggravating conditions and resulting health damages, past and continuing or future lost wages, loss of earning capacity, past and continuing or future Medical expenses to list a few and HIS costs and other damages as allowed by Law.

RESPECTFULLY SUBMITTED, this 18th day of June 2014.

By: _____

SATYAJIT SANYAL, Pro Se

Satyajit Sanyal
Mailing Address:
11654 Plaza America Drive, #622,
Reston, Virginia - 20190
Telephone: 551-208-4891 (Cell)

Revised Report

Commonwealth of Virginia • Department of Motor Vehicles

# Police Crash Report

FR300P (Rev 7/07)

0 7 0 7 A

Page 1 of 5

## CRASH

| Field | Value |
|---|---|
| GPS Lat. | 0 0 . 0 0 |
| GPS Long. | 0 0 . 0 0 |
| Crash Date | 07 10 2012 |
| Day of Week | TUE |
| MILITARY Time (24 hr clock) | 1050 |
| County of Crash | FAIRFAX |
| Official DMV use | |
| City of / Town of (Town of marked) | HERNDON |
| Landmarks at Scene | |
| Location of Crash (route/street) | 600-BLK HERNDON PW |
| Railroad Crossing ID no. (if within 150 ft.) | |
| Local Case Number | 201202821 |
| At Intersection With or ___ Miles / Feet N S E W of | |
| Location of Crash (route/street) | |
| Mile Marker Number | |
| Number of Vehicles | 1 |

## VEHICLE # 1

### DRIVER

| Field | Value |
|---|---|
| Driver Fled Scene | |
| Driver's Name (Last, First, Middle) | SANYAL, SATYAJIT S |
| Gender | M |
| Address (Street and Number) | 12905 CENTRE PARK CIR 412 |
| City | HERNDON |
| State | VA |
| ZIP | 20171 |
| Birth Date | 07 31 1972 |
| Driver's License Number | A65307469 |
| State | VA |
| DL / CDL | (marked) |
| Safety Equip. Used | 3 |
| Air Bag | 02 |
| Ejected | 1 |
| Date of Death | MM DD YYYY |
| Injury Type | 4 |
| EMS Transport | Y (marked) |
| Summons Issued As Result of Crash | |
| Offenses Charged to Driver | No |

### VEHICLE

| Field | Value |
|---|---|
| Vehicle Owner's Name (Last, First, Middle) | Same as Driver (marked) |
| Address (Street and Number) | |
| City / State / ZIP | |
| Vehicle Year | 2011 |
| Vehicle Make | TOYT |
| Vehicle Model | CAMRY |
| Disabled / CMV / Towed | |
| Vehicle Plate Number | XGK4066 |
| State | VA |
| Approximate Repair Cost | $ 3,500.00 |
| VIN | 4T1BF3EK9BU658720 |
| Oversize / Cargo Spill / Override / Underride | |
| Name of Insurance Company (not agent) | GEICO |
| Speed Before Crash | UNK |
| Speed Limit | 35 |
| Maximum Safe Speed | 35 |
| ALL Passengers Age Count: Under 8 / 8-17 / 18-21 / Over 21 | |

### PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | EMS Transport | Date of Death | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birth Date | Gender |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## VEHICLE #

### DRIVER

| Field | Value |
|---|---|
| Driver Fled Scene | |
| Driver's Name (Last, First, Middle) | |
| Gender | |
| Address (Street and Number) | |
| City / State / ZIP | |
| Birth Date | MM DD YYYY |
| Driver's License Number / State / DL / CDL | |
| Safety Equip. Used / Air Bag / Ejected / Date of Death / Injury Type / EMS Transport | |
| Summons Issued As Result of Crash | |
| Offenses Charged to Driver | |

### VEHICLE

| Field | Value |
|---|---|
| Vehicle Owner's Name (Last, First, Middle) | Same as Driver |
| Address (Street and Number) | |
| City / State / ZIP | |
| Vehicle Year / Vehicle Make / Vehicle Model | |
| Disabled / CMV / Towed | |
| Vehicle Plate Number / State | |
| Approximate Repair Cost | $ |
| VIN | |
| Oversize / Cargo Spill / Override / Underride | |
| Name of Insurance Company (not agent) | |
| Speed Before Crash / Speed Limit / Maximum Safe Speed | |
| ALL Passengers Age Count: Under 8 / 8-17 / 18-21 / Over 21 | |

### PASSENGER (only if injured or killed)

| Name of Injured (Last, First, Middle) | EMS Transport | Date of Death | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | Gender |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed - Side
7. Deployed - Other (Knee, Air Belt, etc.)
8. Deployed - Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
6. No Injury (driver only)

| Investigating Officer | Badge/Code Number | Agency/Department Name and Code | Reviewing Officer | Report File Date |
|---|---|---|---|---|
| CHOI, JAY H 703-435-6846 | 5093 | HERNDON POLICE / 029 | PIHONAK, S | 07/10/2012 |

Officer Initials **JHC**   Badge # **5093**    Commonwealth of Virginia · Department of Motor Vehicles    FR300P (Rev 7/07)

Revised Report    **Police Crash Report**    Page **2** of **5**

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 07 10 2012 | 1050 | FAIRFAX | HERNDON | 201202821 |

## DRIVER INFORMATION

**Veh 1**

- 1. No Improper Action
- 2. Exceeded Speed Limit
- 3. Exceeded Safe Speed But Not Speed Limit
- 4. Overtaking On Hill
- 5. Overtaking On Curve
- 6. Overtaking at Intersection
- 7. Improper Passing of School Bus
- 8. Cutting In
- 9. Other Improper Passing
- 10. Wrong Side of Road - Not Overtaking
- 11. Did Not Have Right-of-Way
- 12. Following Too Close
- 13. Fail to Signal or Improper Signal
- 14. Improper Turn - Wide Right Turn
- 15. Improper Turn - Cut Corner on Left Turn
- 16. Improper Turn From Wrong Lane
- 17. Other Improper Turn
- 18. Improper Backing
- 19. Improper Start From Parked Position
- 20. Disregarded Officer or Flagger
- 21. Disregarded Traffic Signal
- 22. Disregarded Stop or Yield Sign
- 23. Driver Distraction
- 24. Fail to Stop at Through Highway - No Sign
- 25. Driver Through Work Zone
- 26. Fail to Set Out Flares or Flags
- 27. Fail to Dim Headlights
- 28. Driving Without Lights
- 29. Improper Parking Location
- 30. Avoiding Pedestrian
- 31. Avoiding Other Vehicle
- 32. Avoiding Animal
- 33. Crowded Off Highway
- 34. Hit and Run
- 35. Car Ran Away - No Driver
- 36. Blinded by Headlights
- 37. Other
- 38. Avoiding Object In Roadway
- 39. Eluding Police
- ● 40. Fail to Maintain Proper Control
- 41. Improper Passing
- 42. Improper or Unsafe Lane Change
- 43. Over Correction

- 1. No Defects
- 2. Eyesight Defective
- 3. Hearing Defective
- 4. Other Body Defects
- 5. Illness
- 6. Fatigued
- 7. Apparently Asleep
- 8. Other
- 9. Unknown

**Veh 1**

- 1. Not Obscured
- 2. Rain, Snow, etc. on Windshield
- 3. Windshield Otherwise Obscured
- 4. Vision Obscured by Load on Vehicle
- 5. Trees, Crops, etc.
- 6. Building
- 7. Embankment
- 8. Sign or Signboard
- 9. Hillcrest
- 10. Parked Vehicle(s)
- 11. Moving Vehicle(s)
- 12. Sun or Headlight Glare
- 13. Other
- 14. Blind Spot
- 15. Smoke/Dust
- 16. Stopped Vehicle(s)

**Veh 1**

- 1. Looking at Roadside Incident
- 2. Driver Fatigue
- 3. Looking at Scenery
- 4. Passenger(s)
- 5. Radio/CD, etc.
- 6. Cell Phone
- 7. Eyes Not on Road
- 8. Daydreaming
- 9. Eating/Drinking
- 10. Adjusting Vehicle Controls
- 11. Other
- 12. Navigation Device
- 13. Texting
- 14. No Driver Distraction

**Veh 1**

- 1. Had Not Been Drinking
- 2. Drinking - Obviously Drunk
- 3. Drinking - Ability Impaired
- 4. Drinking - Ability Not Impaired
- 5. Drinking - Not Known Whether Impaired
- 6. Unknown

**Veh 1**

- 1. Blood
- 2. Breath
- 3. Refused
- 4. No Test

**Veh 1**

- 1. Yes
- 2. No
- 3. Unknown

## VEHICLE INFORMATION

**Veh 1**

- 1. Going Straight Ahead
- 2. Making Right Turn
- 3. Making Left Turn
- 4. Making U-Turn
- 5. Slowing or Stopping
- 6. Merging Into Traffic Lane
- 7. Starting From Parked Position
- 8. Stopped in Traffic Lane
- 9. Ran Off Road - Right
- ● 10. Ran Off Road - Left
- 11. Parked
- 12. Backing
- 13. Passing
- 14. Changing Lanes
- 15. Other
- 16. Entering Street From Parking Lot

**Veh 1**

- 1. Before Application of Brakes
- 2. After Application of Brakes
- 3. Before and After Application of Brakes
- 4. No Visible Skid Mark/Tire Mark

**Veh 1**

- ● 1. Passenger Car
- 2. Truck - Pick-up/Passenger Truck
- 3. Van
- 4. Truck - Single Unit Truck (2-Axles)
- 5. Motor Home, Recreational Vehicle
- 6. Special Vehicle - Oversized Vehicle/Earthmover/Road Equipment
- 8. Bicycle
- 10. Moped
- 11. Motorcycle
- 12. Emergency Vehicle (Regardless of Vehicle Typo)
- 13. Bus - School Bus
- 14. Bus - City Transit Bus/Privately Owned Church Bus
- 15. Bus - Commercial Bus
- 16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.)
- 18. Special Vehicle - Farm Machinery
- 19. Special Vehicle - ATV
- 21. Special Vehicle - Low-Speed Vehicle
- 22. Truck - Sport Utility Vehicle (SUV)
- 23. Truck - Single Unit Truck (3 Axles or More)
- 25. Truck - Truck Tractor (Bobtail-No Trailer)

**Veh 1**

- 1. Unknown
- 2. No Damage
- 3. Overturned
- 4. Motor
- 5. Undercarriage
- 6. Totaled
- 7. Fire
- ● 8. Other

**Veh 1**

- 1. No Defects
- 2. Lights Defective
- 3. Brakes Defective
- 4. Steering Defective
- 5. Puncture/Blowout
- 6. Worn or Slick Tires
- 7. Motor Trouble
- 8. Chains In Use
- 9. Other
- 10. Vehicle Altered
- 11. Mirrors Defective
- 12. Power Train Defective
- 13. Suspension Defective
- 14. Windows/Windshield Defective
- 15. Wipers Defective
- 16. Wheels Defective
- 17. Exhaust System

**Veh 1**

- 1. No Special Function
- 2. Taxi
- 3. School Bus (Public or Private)
- 4. Transit Bus
- 5. Intercity Bus
- 6. Charter Bus
- 7. Other Bus
- 8. Military
- 9. Police
- 10. Ambulance
- 11. Fire Truck
- 12. Tow Truck
- 13. Maintenance
- 14. Unknown

**Veh 1**

- 1. Yes
- 2. No

**Veh 1**

- 1. Yes
- 2. No

Officer Initials **JHC**   Badge # **5093**

Commonwealth of Virginia • Department of Motor Vehicles

**Police Crash Report**

FR300P (Rev 7/07)

Page **3** of **5**

Revised Report

**CRASH**

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 07 10 2012 | 1050 | FAIRFAX | ● Town of HERNDON | 201202821 |

## CRASH INFORMATION

- ○ 1. On Roadway
- ● 2. Shoulder
- ○ 3. Median
- ○ 4. Roadside
- ○ 5. Gore
- ○ 6. Separator
- ○ 7. In Parking Lane or Zone
- ○ 8. Off Roadway, Location Unknown
- ○ 9. Outside Right-of-Way

- ● 1. No Adverse Conditions (Clear/Cloudy)
- ○ 3. Fog
- ○ 4. Mist
- ○ 5. Rain
- ○ 6. Snow
- ○ 7. Sleet/Hail
- ○ 8. Smoke/Dust
- ○ 9. Other
- ○ 10. Blowing Sand, Soil, Dirt, or Snow
- ○ 11. Severe Crosswinds

- ○ 1. Dawn
- ● 2. Daylight
- ○ 3. Dusk
- ○ 4. Darkness - Road Lighted
- ○ 5. Darkness - Road Not Lighted
- ○ 6. Darkness - Unknown Road Lighting
- ○ 7. Unknown

- ● 1. Yes - Working
- ○ 2. Yes - Working and Obscured
- ○ 3. Yes - Not Working
- ○ 4. Yes - Not Working and Obscured
- ○ 5. Yes - Missing
- ○ 6. No Traffic Control Device Present

- ○ 1. No Traffic Control
- ○ 2. Officer or Flagger
- ○ 3. Traffic Signal
- ○ 4. Stop Sign
- ○ 5. Slow or Warning Sign
- ○ 6. Traffic Lanes Marked
- ○ 7. No Passing Lane
- ○ 8. Yield Sign
- ○ 9. One Way Road or Street
- ○ 10. Railroad Crossing With Markings and Signs
- ○ 11. Railroad Crossing With Signals
- ○ 12. Railroad Crossing With Gate and Signals
- ○ 13. Other
- ○ 14. Pedestrian Crosswalk
- ○ 15. Reduced Speed - School Zone
- ○ 16. Reduced Speed - Work Zone
- ○ 17. Highway Safety Corridor

- ○ 1. Straight - Level
- ○ 2. Curve - Level
- ○ 3. Grade - Straight
- ○ 4. Grade - Curve
- ○ 5. Hillcrest - Straight
- ○ 6. Hillcrest - Curve
- ○ 7. Dip - Straight
- ○ 8. Dip - Curve
- ○ 9. Other
- ○ 10. On/Off Ramp

- ● 1. Dry
- ○ 2. Wet
- ○ 3. Snowy
- ○ 4. Icy
- ○ 5. Muddy
- ○ 6. Oil/Other Fluids
- ○ 7. Other
- ○ 8. Natural Debris
- ○ 9. Water (Standing, Moving)
- ○ 10. Slush
- ○ 11. Sand, Dirt, Gravel

- ○ 1. Concrete
- ● 2. Blacktop, Asphalt, Bituminous
- ○ 3. Brick or Block
- ○ 4. Slag, Gravel, Stone
- ○ 5. Dirt
- ○ 6. Other

- ○ 1. Two-Way, Not Divided
- ○ 2. Two-Way, Divided, Unprotected Median
- ● 3. Two-Way, Divided, Positive Median Barrier
- ○ 4. One-Way, Not Divided
- ○ 5. Unknown

- ● 1. No Defects
- ○ 2. Holes, Ruts, Bumps
- ○ 3. Soft or Low Shoulder
- ○ 4. Under Repair
- ○ 5. Loose Material
- ○ 6. Restricted Width
- ○ 7. Slick Pavement
- ○ 8. Roadway Obstructed
- ○ 9. Other
- ○ 10. Edge Pavement Drop Off

**Interchange Area:**
- ● 1. Main-Line Roadway
- ○ 2. Acceleration/Deceleration Lanes
- ○ 3. Gore Area (Between Ramp and Highway Edgelines)
- ○ 4. Collector/Distributor Road
- ○ 5. On Entrance/Exit Ramp
- ○ 6. Intersection at end of Ramp
- ○ 7. Other location not Listed above within an Interchange area (median, shoulder and roadside)

**Intersection Area:**
- ○ 8. Non-Intersection
- ○ 9. Within Intersection
- ○ 10. Intersection-Related - Within 150'
- ○ 11. Intersection-Related - Outside 150'

**Other Location:**
- ○ 12. Crossover Related
- ○ 13. Driveway, Alley-Access - Related
- ○ 14. Railway Grade Crossing
- ○ 15. Other Crossing (Crossings for Bikes, School, etc.)

- ● 1. Not at Intersection
- ○ 2. Two Approaches
- ○ 3. Three Approaches
- ○ 4. Four Approaches
- ○ 5. Five-Point, or more
- ○ 6. Roundabout

- ○ 1. Yes
- ● 2. No

- ○ 1. With Law Enforcement
- ○ 2. With No Law Enforcement
- ○ 3. No Workers Present

- ○ 1. Advance Warning Area
- ○ 2. Transition Area
- ○ 3. Activity Area
- ○ 4. Termination Area

- ○ 1. Lane Closure
- ○ 2. Lane Shift/Crossover
- ○ 3. Work on Shoulder or Median
- ○ 4. Intermittent or Moving Work
- ○ 5. Other

- ○ 1. Yes
- ○ 2. Yes - With School Activity
- ● 3. No

- ○ 1. Rear End
- ○ 2. Angle
- ○ 3. Head On
- ○ 4. Sideswipe - Same Direction
- ○ 5. Sideswipe - Opposite Direction
- ○ 6. Fixed Object in Road
- ○ 7. Train
- ○ 8. Non Collision
- ● 9. Fixed Object - Off Road
- ○ 10. Deer
- ○ 11. Other Animal
- ○ 12. Pedestrian
- ○ 13. Bicyclist
- ○ 14. Motorcyclist
- ○ 15. Backed Into
- ○ 16. Other



Officer Initials **JHC**  Badge # **5093**   ~ommonwealth of Virginia • Department of Motor Vehicles   FR300P (Rev 7/07)

**Police Crash Report**                              Page **4** of **5**

Revised Report

**CRASH**

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 07 10 2012 | 1050 | FAIRFAX | HERNDON | 201202821 |

**CRASH DIAGRAM**

Case 2012-02821
07-10-2012 @ 1050hrs
Ofc. J. Choi

*Drawing Not to Scale*

820 Herndon Pkwy

HERNDON PW

Indicate North

**VEHICLE 1** — Fill In Impact Area(s). Initial Impact. **12**
Veh Dir of Travel-N/S/E/W **E**

**VEHICLE 2** — Fill In Impact Area(s). Initial Impact.
Veh Dir of Travel-N/S/E/W

**VEHICLE 3** — Fill In Impact Area(s). Initial Impact.
Veh Dir of Travel-N/S/E/W

**VEHICLE 4** — Fill In Impact Area(s). Initial Impact.
Veh Dir of Travel-N/S/E/W

**DAMAGE TO PROPERTY OTHER THAN VEHICLES**

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owner's name (Last, First, Middle) | Address | VDOT Property |
|---|---|---|---|---|

**CRASH DESCRIPTION**

* * * See Attached Narrative * * *

**CRASH EVENTS**

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |  | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13 | 2 | 28 |  |  |  |  |  |  |  |  |  |

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |  | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

First Harmful Event of Entire Crash that Results in First Injury or Damage.  **13**

**COLLISION WITH FIXED OBJECT**
1. Bank or Ledge
2. Trees
3. Utility Pole
4. Fence or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass, Culvert, etc.
8. Sign, Traffic Signal
9. Impact Cushion/on Device
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support
18. Mailbox

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle In Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision

Officer Initials **JHC**  Badge # **5093**     Commonwealth of Virginia · Department of Motor Vehicles     FR300P (Rev 7/07)

Revised Report ⊂

**Police Crash Report**     Page __5__ of __5__

| CRASH | | | | |
|---|---|---|---|---|
| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
| 07 10 2012 | 1050 | FAIRFAX | HERNDON | 201202821 |

### CRASH DESCRIPTION continued

Single vehicle ran off the road eastbound on the right and traveled on the sidewalk for a short distance before veering to the left, crossing the westbound traffic lanes and struck a tree off of the roadway.  There was significant front end damage to the vehicle, the motor had stalled out, the doors of the vehicle were locked, and the driver appeared to have lost consciousness.  A witness tried to get the driver's attention by calling out to him while tapping on the driver's window repeatedly without success.

Sgt Pihonak utilized a haligan bar to provide emergency, potentially life-saving entry into the vehicle to not only access the patient, but provide air flow into the vehicle on this near 90degree day. Once access was gained and fresh air entered the vehicle, the driver gained a low degree of consciousness but was unable to speak.  Rescue personnel arrived on scene, screened the driver for a diabetic emergency with negative results but did note significantly diminished response from the left side of his body.  The driver was transported by Medic ambulance to Reston Hospital.

The vehicle was towed by Henry's wrecker service.







# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods, and diverse communities of Fairfax County

June 17, 2014

**Steve Souder, Director**

Satyajit Sanyal
11654 Plaza America Drive, #622
Reston, Virginia 20190

**Cynthia A. Bird Shrout,
Assistant Director 9-1-1
Dispatch Operations
Bureau**

RE:   2014-FOIA-087

**Roy L. Oliver, Assistant
Director Support Bureau**

Greetings Satyajit,

This letter is in response to your Virginia Freedom of Information Act request in reference to obtaining audio an audio recording and records regarding a motor vehicle accident, involving you, that occurred on July 10, 2012 along the 600 block of Herndon Parkway.

I have determined that your request is releasable pursuant to the Virginia Freedom of Information Act however; as provided in Section § 2.2-3706 (G) (1) of the Code of Virginia, identifying information must be redacted (i.e. – complainant information, phone numbers, etc.), therefore, I am unable to provide you with a name or contact information regarding the individual that reported the incident.

Additionally, this department maintains audio recordings for a period of 180 days; therefore, any recordings from the aforementioned date have been destroyed.

All that can be provided at this point is a redacted dispatch log containing the information that was reported.  You will find the log attached.  Please note that this log contains redundant information, as it was entered into the dispatch system more than once.

Department of Public Safety Communications
4890 Alliance Drive, Ste 2401
Fairfax, Virginia  22030-6661
571-350-1710, TTY 711
Facsimile 703-631-2789
www.fairfaxcounty.gov/911

Should you have any questions or need further assistance, please do not hesitate to contact me at 571-350-170, and reference internal order number 2014-FOIA-087

Regards,

Erikk R. Daniel
Custodian of Records
Fairfax County Department of Public Safety Communications
(571) 350-1703
erikk.daniel@fairfaxcounty.gov


Attachments:  redacted dispatch log for DPSC event E121921234

Department of Public Safety Communications
4890 Alliance Drive, Ste 2401
Fairfax, Virginia  22030-6661
571-350-1710, TTY 711
Facsimile 703-631-2789
www.fairfaxcounty.gov/911

# Event Search

| Event Date | Event Time |
|------------|------------|
| 07/10/12   | 10:32:42   |

Event Number:        E121921234

| Agency | Type   | Subtype | BSZ | Area | Group |
|--------|--------|---------|-----|------|-------|
| FIRE   | ACCITF |         | 406 | 404  | F4    |
| FIRE   | ACCITF |         | 406 | 404  | F1    |

Location:      620 HERNDON PKWY , Apt: , Mun: HRND

Comments:
Xstreets:      EXCHANGE PL
VAN BUREN ST

Caller Name:   ███████████
Caller Addr:
Caller Phone:  ███████████
Call Source:   RADIO

Remarks:

| | | |
|---|---|---|
| 10:28:53 | 303012 | ** LOI search completed at 07/10/12 10:28:53 |
| 10:28:53 | 303012 | MAN DRIVING SIL TOYT RAN INTO CURB AND HIT TREE |
| 10:28:53 | 303012 | MAN APPEARS TO BE STUCK IN VEH |
| 10:29:07 | 303012 | ** LOI search completed at 07/10/12 10:29:07 |
| 10:29:07 | 303012 | ** Event Location changed from "554 HERNDON PKWY HRND |

TOWN" to "544 HERNDON PKWY

| | | |
|---|---|---|
| 10:29:07 | 303012 | HRND TOWN" at: 07/10/12 10:29:07 |
| 10:29:07 | 303012 | ** >>>> by terminal: rlf2 |
| 10:29:23 | 307797 | ** Event E121921234 transferred on update by 111156 on fd01 |
| 10:29:23 | 307797 | ** Event E121921234 transferred from FIRE/F1 to FIRE/F4 as |

E121921234 at

| | | |
|---|---|---|
| 10:29:23 | 307797 | 07/10/12 10:29:23 |
| 10:29:34 | 307797 | ** Recommended unit E436 for requirement E (3.47 min) |
| 10:29:34 | 307797 | ** Recommended unit R421 for requirement R (11.46 min) |
| 10:29:34 | 307797 | ** Recommended unit M431 for requirement M (4.39 min) |
| 10:29:34 | 307797 | ** Recommended unit M425 for requirement M (5.56 min) |
| 10:29:34 | 307797 | ** Recommended unit EMS405 for requirement EMS (9.58 min) |
| 10:29:34 | 307797 | ** Recommended unit BC405 for requirement BC (13.29 min) |
| 10:29:45 | 303012 | DRIVER'S EYES ARE CLOSED--BUT BODY IS MOVING--POSS |

BREATHING

| | | |
|---|---|---|
| 10:30:03 | 303012 | TAPPING WINDOW AND NOT RESPONDING |
| 10:31:07 | 303012 | VEH IS STILL ON |
| 10:31:13 | 301207 | HERNDON PD DIRECT |
| 10:32:42 | 303012 | ** LOI search completed at 07/10/12 10:32:42 |
| 10:32:42 | 303012 | ** Event Location changed from "544 HERNDON PKWY HRND |

TOWN" to "620 HERNDON PKWY

| | | |
|---|---|---|
| 10:32:42 | 303012 | HRND TOWN" at: 07/10/12 10:32:42 |
| 10:32:42 | 303012 | ** >>>> by terminal: rlf2 |
| 10:32:42 | 303012 | ** FIRE event E121921247 created |
| 10:32:46 | 303012 | UPDATED LOC |
| 10:33:24 | 319090 | Duplicate Event:Location = 620 HERNDON PKWY |

HRNDXST=EXCHANGE PL/VAN BUREN ST,

| | | |
|---|---|---|
| 10:33:24 | 319090 | Type = ACCITF ACCIDENT W/INJ - POSSIBLY TRAPPED, Caller |

Name = ███████████

| | | |
|---|---|---|
| 10:33:24 | 319090 | Caller Ph Number = ███████ RADIO, Alarm Level = 1 |
| 10:33:24 | 319090 | SAME |
| 10:33:25 | 319090 | ** LOI search completed at 07/10/12 10:28:53 |
| 10:33:25 | 319090 | MAN DRIVING SIL TOYT RAN INTO CURB AND HIT TREE |
| 10:33:25 | 319090 | MAN APPEARS TO BE STUCK IN VEH |
| 10:33:25 | 319090 | ** Event Location changed from "554 HERNDON PKWY HRND |

TOWN" to "544 HERNDON PKWY

| | | |
|---|---|---|
| 10:33:25 | 319090 | ** LOI search completed at 07/10/12 10:29:07 |
| 10:33:25 | 319090 | HRND TOWN" at: 07/10/12 10:29:07 |
| 10:33:25 | 319090 | ** >>>> by terminal: rlf2 |
| 10:33:25 | 319090 | ** Event E121921234 transferred from FIRE/F1 to FIRE/F4 as |

E121921234 at

| | | |
|---|---|---|
| 10:33:25 | 319090 | 07/10/12 10:29:23 |
| 10:33:25 | 319090 | ** Event E121921234 transferred on update by 111156 on fd01 |
| 10:33:25 | 319090 | ** Recommended unit E436 for requirement E (3.47 min) |
| 10:33:25 | 319090 | ** Recommended unit R421 for requirement R (11.46 min) |
| 10:33:25 | 319090 | ** Recommended unit M431 for requirement M (4.39 min) |
| 10:33:25 | 319090 | ** Recommended unit M425 for requirement M (5.56 min) |
| 10:33:25 | 319090 | ** Recommended unit EMS405 for requirement EMS (9.58 min) |
| 10:33:25 | 319090 | ** Recommended unit BC405 for requirement BC (13.29 min) |
| 10:33:25 | 319090 | DRIVER'S EYES ARE CLOSED--BUT BODY IS MOVING--POSS |

BREATHING

| | | |
|---|---|---|
| 10:33:25 | 319090 | TAPPING WINDOW AND NOT RESPONDING |
| 10:33:25 | 319090 | VEH IS STILL ON |
| 10:33:25 | 319090 | HERNDON PD DIRECT |
| 10:33:25 | 319090 | ** Event Location changed from "544 HERNDON PKWY HRND |

TOWN" to "620 HERNDON PKWY

| | | |
|---|---|---|
| 10:33:25 | 319090 | ** LOI search completed at 07/10/12 10:32:42 |
| 10:33:25 | 319090 | ** FIRE event E121921247 created |
| 10:33:25 | 319090 | HRND TOWN" at: 07/10/12 10:32:42 |
| 10:33:25 | 319090 | ** >>>> by terminal: rlf2 |
| 10:33:25 | 319090 | UPDATED LOC |

10:33:25    319090         Duplicate Event:Location = 620 HERNDON PKWY
HRNDXST=EXCHANGE PL/VAN BUREN ST,
10:33:25    319090         Type = ACCITF ACCIDENT W/INJ - POSSIBLY TRAPPED, Caller
Name =███████████
10:33:25    319090         Caller Ph Number =████████████RADIO, Alarm Level = 1
10:33:25    319090         SAME
10:33:25    319090         End of Duplicate Event data
10:34:14    301207         FX01 DIRECT AND LISTENING
10:34:47    301207         E436 -- COMMAND POST TIMER STARTED
10:35:25    301207         E436 ONS--1 VEH UINTO TREE//OCC STILL INSIDE//HAS
HERNDON PKWY COMMAND
10:36:32    301207         PER COMMAND OCC NOT TRAPPED//HOLDING E436 M431//ALL
OTHER UNITS CAN GO
10:36:32    301207         INSERVICE//4D CLEAR
10:36:38    301207         TIMER CANCELLED

Times:

| Add      | Dispatch | Arrive   | Close    | Closing ID | C Terminal | Comments            |
|----------|----------|----------|----------|------------|------------|---------------------|
| 10:28:53 | 10:29:32 | 10:34:45 | 11:45:01 | 80110431   | $M431      |                     |
| 10:32:42 |          |          | 10:33:25 | 319090     | fd03       | Duplicate and Cancel |


Case Number   Event
              Number


Units        Car ID
BC405        75637
E436         77548
EMS405       75231
M425         76665
M431         76702
R421         70211

disposition

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this 2 7th
day of _June_ , 20 14, by _____
_____ Hope Pat_____,
proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

(Seal)                    Signature_____



LOUISE DOVER
COMM. # 2036746
NOTARY PUBLIC ● CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. AUG. 12, 2017

SPS

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

Satyajit Sanyal vs Toyota Motor Corporation        CL2014-0008174
Subtype: Complaint        Defendant: Toyota Motor Corporation

STATE OF _California_

CITY/COUNTY OF _Los Angeles_ , to wit/

This day _June 27, 2014_

personally appeared before the undersigned Notary Public in and for the City/County and State

aforesaid, and, having been first duly sworn according to law, disposes and states as follows: that

he/she is not a party to, or otherwise interested in, the subject matter in controversy in the within

cause, that he/she is over the age of 18 years; that on the _27th_ day of _June_ , 20 _14_ at

_2:40 pm_ o'clock _p_.m. he/she served the within Complaint, in person, on the Defendant

_Toyota Motor Corporation at 19001 S. Western Ave_
_serving the U.S. Headquarters of Toyota Motor Corporation America_
_the legal California Company to the Parent_
_Japanese Company at 19001 S. western avenue, Torrance,_
_CA 90501_ and the Defendant is / is not a
_To Melissa Doe Legal Department Representative_
resident of the State of Virginia _tive, white female Brown Hair, Brown Eyes_
_5'5" 200 lbs_

_registered Process_
AFFIANT _Jorge Peck_      TITLE _Server_

_I thereafter mailed copies of_
_the same on June 27, 2014 from Los Angeles, CA_

Subscribed and sworn to before me in my City/County and State aforesaid, this

_____ day of _____, 20_____.

_California_  Jurat attached
Notary ID #: _____

_____
NOTARY PUBLIC

My Commission expires: _____